# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Josef Guttman, an individual; Ilana Guttman, an individual,<br><br>　　Plaintiff<br><br>v.<br><br>The City of Las Vegas, Nevada, et al.,<br><br>　　Defendants | Case No.: 2:19-cv-00964-JAD-VCF<br><br>**Remand Order**<br><br>[ECF No. 4] |

The court having dismissed the federal claims that anchor this removed federal-question case in this jurisdiction, and having declined to continue to exercise supplemental jurisdiction over the remaining state-law claims under 28 USC § 1367(c)(3), IT IS HEREBY ORDERED that the Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Case No. A-19-794100-C, Department 32**, and CLOSE THIS CASE.

Dated: July 22, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey